■ SILVERITE CONSTRUCTION Co., INC., Appellant, v TOWN OF NORTH HEMPSTEAD, Respondent. [727 NYS2d 342] —In an action to

recover damages for breach of a construction contract, the plaintiff appeals, on the ground of inadequacy, from a judgment of the Supreme Court, Nassau County (McCaffrey, J.), entered May 2, 2000, which is in its favor and against the defendant in the principal sum of only $50,000.

Ordered that the judgment is affirmed, with costs.

The parties stipulated that the plaintiff was entitled to recover $50,000, representing damages incurred through April 22, 1987. However, the Supreme Court properly denied the plaintiff's application for leave to amend the complaint to include a claim for damages allegedly incurred after April 22, 1987. Leave to amend a pleading should be denied where, as here, the proposed amendment is devoid of merit (*see, Fucci v Shellfish, Inc.*, 277 AD2d 280; *Tarantini v Russo Realty Corp.*, 273 AD2d 458; *Fandy Corp. v Lung-Fong Chen*, 265 AD2d 450).

The plaintiff's remaining contentions are not properly raised on this appeal. Santucci, J. P., Goldstein, Florio and Crane, JJ., concur.